# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1979

_____

Erin Jessica Eiler,

*Plaintiff - Appellant,*

v.

Avera McKennan Hospital; Treating Medical Personnel,

*Defendants - Appellees.*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: December 27, 2016
Filed: January 4, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Erin Eiler appeals the district court's[1] dismissal of her pro se complaint alleging medical malpractice, libel, and slander. Upon careful review, we find no

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

basis for reversal because, among other reasons, we agree with the district court that it lacked subject-matter jurisdiction, *see* Fed. R. Civ. P. 12(b)(1); *Key Med. Supply, Inc. v. Burwell*, 764 F.3d 955, 961 (8th Cir. 2014) (de novo review), as Eiler did not raise a question of federal law or cite to a federal statute, *see* 28 U.S.C. § 1331, and did not allege an amount in controversy sufficient for diversity jurisdiction, *see* 28 U.S.C. § 1332. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____